**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| IMMIGRATION EQUALITY, *et al.*,<br><br>*Plaintiffs*,<br><br>v.<br><br>MARKWAYNE MULLIN, *et al.*,<br><br>*Defendants*. | Case No.: 1:26-cv-2921 |

**PLAINTIFFS' MOTION FOR STAY OF EFFECTIVE DATE OF ADMINISTRATIVE ACTION**

Pursuant to 5 U.S.C. § 705 and Local Civil Rule 7, Plaintiffs Immigration Equality, Oasis Legal Services, HIAS, and Florence Immigrant and Refugee Rights Project respectfully move this Court for a stay of the effective date of the interim final rule titled *Affirmative Asylum Referrals Without Interview*, 91 Fed. Reg. 47101 (July 28, 2026).

The discussion required by Local Civil Rule 7(m) occurred. The Office of Immigration Litigation at the U.S. Department of Justice indicated that Defendants intend to oppose this motion.

The grounds supporting this motion are contained in the concurrently filed supporting memorandum and the documents cited therein, which are hereby incorporated into this motion.

Dated: August 24, 2026

Respectfully Submitted,

*/s/ Richard Caldarone*
Keren Zwick (D.D.C. Bar No. IL0055)
Richard Caldarone (D.C. Bar No. 989575)
Mary Georgevich*
Maria Dambriunas (D.C. Bar No. 1738154)
Gerardo Romo*
Mark Scaggs*
NATIONAL IMMIGRANT JUSTICE CENTER
111 W. Jackson Blvd., Suite 800
Chicago, IL 60604
(312) 660-1531
kzwick@immigrantjustice.org
rcaldarone@immigrantjustice.org
mgeorgevich@immigrantjustice.org
mdambriunas@immigrantjustice.org
gromo@immigrantjustice.org
mscaggs@immigrantjustice.org

Melissa Crow (D.C. Bar No. 453487)
CENTER FOR GENDER & REFUGEE STUDIES
1901 Pennsylvania Avenue, NW
Suite 900, PMB 228
Washington, DC 20006
(202) 355-4471
crowmelissa@uclawsf.edu

Robert Pauw*
CENTER FOR GENDER & REFUGEE STUDIES
c/o Gibbs Houston Pauw
1000 Second Avenue, Suite 1600
Seattle, WA 98104
(206) 682-1080
rpauw@ghp-law.net

Peter Habib*
CENTER FOR GENDER & REFUGEE STUDIES
200 McAllister Street
San Francisco, California 94102
(415) 610-5729
habibpeter@uclawsf.edu

Anwen Hughes*
HUMAN RIGHTS FIRST
121 W. 36th St., PMB 520
New York, NY 10018
(212) 845-5244
HughesA@humanrightsfirst.org

**Application for admission or admission pro hac vice forthcoming*