**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| IMMIGRATION EQUALITY, *et al.*,<br>*Plaintiffs*,<br><br>v.<br><br>MARKWAYNE MULLIN, *et al.*,<br>*Defendants*. | Case No. 1:26-cv-02921-TSC |

## DECLARATION OF RACHEL KAFELE

I, Rachel Kafele, make the following statement on behalf of Plaintiff Oasis Legal Services:

1. I am the Director of Programs and Advocacy for Oasis Legal Services. In my role, I supervise Oasis's employees representing asylum applicants and monitor the status of our clients' cases. I make this declaration based on my personal knowledge.

2. Oasis is a legal non-profit dedicated to representing asylum applicants before U.S. Citizenship and Immigration Services ("USCIS"). I addressed Oasis's work in greater detail in my declaration supporting the motion for a stay. (*See* Dkt. 4-3.)

3. For decades, USCIS regulations have required the agency to interview asylum applicants as part of the application process. These interviews are an essential part of that process because they are the most effective forum for applicants to tell their stories that support the grant of asylum. Indeed, USCIS can grant asylum based solely on the interview testimony.

4. The interim final rule that is the subject of this lawsuit, however, eliminates the right to an asylum interview and authorizes USCIS to refer applicants directly to immigration

court. *Affirmative Asylum Referrals Without Interview*, 91 Fed. Reg. 47101 (July 28, 2026) ("IFR").

5. In recent weeks, two of Oasis's asylum clients have received notices referring their asylum applications to immigration court even though they have not yet sat for their asylum interviews. The first notice was received on September 25, 2026 and the second notice on October 1, 2026.

6. As evidenced by these notices, USCIS has begun to refer the asylum applications filed by Oasis to immigration court without an interview.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on October 27, 2026

Rachel Kafele