**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| IMMIGRATION EQUALITY, *et al.*,<br>*Plaintiffs,*<br><br>*v.*<br><br>MARKWAYNE MULLIN, *et al.*,<br>*Defendants.* | Case No. 1:26-cv-02921-TSC |

**[PROPOSED] ORDER**

Upon consideration of Plaintiffs' Motion to Expedite Consideration of their Motion to Stay Effective Date of Administrative Action, it is hereby **ORDERED** that Plaintiffs' Motion to Expedite is **GRANTED**.

Dated: ___________, 2026

____________________________________
TANYA S. CHUTKAN, U.S. District Judge