**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| IMMIGRATION EQUALITY, *et al.*,<br>*Plaintiffs,*<br><br>*v.*<br><br>MARKWAYNE MULLIN, *et al.*,<br>*Defendants.* | Case No. 1:26-cv-02921-TSC |

**NOTICE OF FACTUAL DEVELOPMENT**

Plaintiffs respectfully submit the following update regarding their Motion for Expedited Consideration of Motion to Stay Effective Date of Administrative Action, which Plaintiffs filed on October 29, 2026. Dkt. 23 ("Motion to Expedite").

1. The Motion to Expedite seeks a prompt ruling on Plaintiffs' request for a stay of an interim final rule that eliminates the right to asylum interviews and allows USCIS to refer asylum applications directly to immigration court. *See Affirmative Asylum Referrals Without Interview*, 91 Fed. Reg. 47101 (July 28, 2026).

2. As grounds for requesting expedited consideration, the Motion to Expedite represented that a class settlement that currently bars Defendants from referring tens of thousands of asylum applicants previously deemed to be unaccompanied minors to immigration court without an asylum interview was scheduled to terminate on November 18, 2026. Mot. to Expedite at 1 (citing *J.O.P. v. DHS*, 2026 WL 1469149, at *2, *15 (D. Md. May 26, 2026)). Once the settlement expires, USCIS will face no obstacle referring class members to immigration court without first conducting asylum interviews.

3. After filing the Motion to Expedite, Plaintiffs learned that, on the same day of the filing, the *J.O.P.* court had entered a nine-day extension of the settlement agreement, from

November 18, 2026 to November 27, 2026. Order at 2, *J.O.P. v. DHS*, No. 8:19-cv-01944 (D. Md. Oct. 29, 2026), Dkt. 765.

4. This short extension does not materially change the thrust or urgency of Plaintiffs' Motion to Expedite.

DATE: November 2, 2026

Respectfully submitted,

/s/ *Jamie S. Gorelick*

Jamie S. Gorelick (D.D.C. Bar No. 913384)
WILMER CUTLER PICKERING
HALE AND DORR LLP
2100 Pennsylvania Avenue NW
Washington, DC 20037
(202) 663-6500
jamie.gorelick@wilmerhale.com

Peter A. Kurtz (*pro hac vice*)
WILMER CUTLER PICKERING
HALE AND DORR LLP
250 Greenwich Street
New York, NY 10007
(212) 295-6746
peter.kurtz@wilmerhale.com

Anwen Hughes*
HUMAN RIGHTS FIRST
121 W. 36th St., PMB 520
New York, NY 10018
(212) 845-5244
HughesA@humanrightsfirst.org

Peter Habib (*pro hac vice*)
CENTER FOR GENDER & REFUGEE STUDIES
200 McAllister Street
San Francisco, California 94102
(415) 610-5729
habibpeter@uclawsf.edu

Keren Zwick (D.D.C. Bar No. IL0055)
Richard Caldarone (D.C. Bar No. 989575)
Mary Georgevich (*pro hac vice*)
Maria Dambriunas (D.C. Bar No. 1738154)
Gerardo Romo*
Mark Scaggs*
NATIONAL IMMIGRANT JUSTICE CENTER
111 W. Jackson Blvd., Suite 800
Chicago, IL 60604
(312) 660-1531
kzwick@immigrantjustice.org
rcaldarone@immigrantjustice.org
mgeorgevich@immigrantjustice.org
mdambriunas@immigrantjustice.org
gromo@immigrantjustice.org
mscaggs@immigrantjustice.org

Melissa Crow (D.C. Bar No. 453487)
CENTER FOR GENDER & REFUGEE STUDIES
1901 Pennsylvania Avenue, NW
Suite 900, PMB 228
Washington, DC 20006
(202) 355-4471
crowmelissa@uclawsf.edu

Robert Pauw*
CENTER FOR GENDER & REFUGEE STUDIES
c/o Gibbs Houston Pauw
1000 Second Avenue, Suite 1600
Seattle, WA 98104
(206) 682-1080
rpauw@ghp-law.net

**Application for admission pro hac vice forthcoming*

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing was served on all counsel of record by electronic service through the Clerk of the Court's CM/ECF filing system.

Dated: November 2, 2026

Respectfully submitted,

*/s/ Jamie S. Gorelick*
Jamie S. Gorelick