**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| IMMIGRATION EQUALITY, *et al.*,<br>*Plaintiffs,*<br><br>*v.*<br><br>MARKWAYNE MULLIN, *et al.*,<br>*Defendants.* | Case No. 1:26-cv-02921-TSC |

**<u>PLAINTIFFS' REPLY IN SUPPORT OF MOTION FOR EXPEDITED CONSIDERATION</u>**

Plaintiffs' Motion for Expedited Consideration of their Stay Motion ("Motion to Expedite") alerted the Court to developments relevant to the timing of its consideration of the stay motion. Motions seeking expedited relief such as this one are commonplace in this District. *See, e.g.*, Defs.' Mot. for Expedited Consideration of Mot. to Stay Summ. J. Briefing, *Lemmon v. Trump*, No. 1:26-cv-00544 (D.D.C. June 2, 2026), Dkt. 38 (Chutkan, J.); Pls.' Mot. for Expedited Briefing on Defs.' Mot. to Stay Pending Appeal, *Widakuswara v. Lake*, 1:25-cv-01015 (D.D.C. Apr. 25, 2025), Dkt. 103 (Lamberth, J.).

The government's long-winded response does not dispute the bases for Plaintiffs' motion: that (1) the *J.O.P.* class settlement will soon expire, exposing tens of thousands of applicants previously deemed to be unaccompanied minors to potential immigration-court referral without an asylum interview; and (2) some of Plaintiffs' clients have recently received referral notices before asylum interviews, meaning that Plaintiffs have begun to be directly harmed by the rule. For the reasons set forth in the Motion, therefore, Plaintiffs respectfully maintain their request for expedited consideration of the stay motion.

Plaintiffs offer three additional points in response to the government's opposition. First, the *J.O.P.* settlement *does* protect asylum applicants from referral to immigration court without

an interview. The settlement requires USCIS to exercise initial jurisdiction over class members' asylum applications and to "adjudicate [those applications] on the merits," 2026 WL 1469149, at *2 (D. Md. May 26, 2026), a process that includes an asylum interview, 8 C.F.R. § 208.9 (2025). Second, the most recent *J.O.P.* settlement extension covers only a small number of class members—those wrongfully removed on or prior to November 27, 2026—but provides no protection for the rest of the class who will soon lose protection under the settlement. *J.O.P.*, No. 8:19-cv-01944 (D. Md. Nov. 3, 2026), Dkt. 767. And third, Plaintiffs have never suggested that they brought this suit on behalf of individual clients, *contra* Defs.' Opp. to Mot. to Expedite at 6, Dkt. 25; their standing is premised on injury to their own organizational interests. *See Havens Realty Corp. v. Coleman*, 455 U.S. 363, 379 (1982). Those interests are implicated where, as here, the government upends the asylum process around which Plaintiffs have built their model for representing their asylum-seeking clients.

Plaintiffs respectfully request that the Court consider the Stay Motion on an expedited basis.

DATE: November 13, 2026

Respectfully submitted,

*<u>/s/ Jamie S. Gorelick</u>*
Jamie S. Gorelick (D.D.C. Bar No. 913384)
WILMER CUTLER PICKERING
HALE AND DORR LLP
2100 Pennsylvania Avenue NW
Washington, DC 20037
(202) 663-6500
jamie.gorelick@wilmerhale.com

Peter A. Kurtz (*pro hac vice*)
WILMER CUTLER PICKERING
HALE AND DORR LLP
250 Greenwich Street
New York, NY 10007
(212) 295-6746

Keren Zwick (D.D.C. Bar No. IL0055)
Richard Caldarone (D.C. Bar No. 989575)
Mary Georgevich (*pro hac vice*)
Maria Dambriunas (D.C. Bar No. 1738154)
Gerardo Romo*
Mark Scaggs*
NATIONAL IMMIGRANT JUSTICE CENTER
111 W. Jackson Blvd., Suite 800
Chicago, IL 60604
(312) 660-1531
kzwick@immigrantjustice.org
rcaldarone@immigrantjustice.org
mgeorgevich@immigrantjustice.org
mdambriunas@immigrantjustice.org

gromo@immigrantjustice.org
mscaggs@immigrantjustice.org

Melissa Crow (D.C. Bar No. 453487)
CENTER FOR GENDER & REFUGEE STUDIES
1901 Pennsylvania Avenue, NW
Suite 900, PMB 228
Washington, DC 20006
(202) 355-4471
crowmelissa@uclawsf.edu

Robert Pauw*
CENTER FOR GENDER & REFUGEE STUDIES
c/o Gibbs Houston Pauw
1000 Second Avenue, Suite 1600
Seattle, WA 98104
(206) 682-1080
rpauw@ghp-law.net

peter.kurtz@wilmerhale.com

Anwen Hughes*
HUMAN RIGHTS FIRST
121 W. 36th St., PMB 520
New York, NY 10018
(212) 845-5244
HughesA@humanrightsfirst.org

Peter Habib (*pro hac vice*)
CENTER FOR GENDER & REFUGEE STUDIES
200 McAllister Street
San Francisco, CA 94102
(415) 610-5729
habibpeter@uclawsf.edu

**Application for admission pro hac vice forthcoming*

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing was served on all counsel of record by electronic service through the Clerk of the Court's CM/ECF filing system.

Dated: November 13, 2026

*/s/ Jamie S. Gorelick*
Jamie S. Gorelick