**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| IMMIGRATION EQUALITY, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>MARKWAYNE MULLIN, *in his official capacity as Secretary of the U.S. Department of Homeland Security*, *et al.*,<br><br>Defendants. | Case No. 1:26-cv-02921-TSC |

**[PROPOSED] ORDER**

Before the Court is Defendants' Motion to Dismiss Under Rule 4(m) (Dkt. No. 27). Having considered the moving, opposing, and reply papers, all matters upon which the Court may take judicial notice, and the arguments of counsel, it is hereby:

ORDERED that the motion be **GRANTED.**

**IT IS SO ORDERED:**

____________________________
HON. TANYA S. CHUTKAN
United States District Judge

Dated: ____________________